IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATALIE AMBERSLEY, | : | |
| | : | |
| | : | CIVIL DIVISION |
| Plaintiff | : | |
| | : | No.: 3:17-CV-00121 |
| v. | : | |
| EVIE WRIGHT and | : | |
| NEW PRIME, INC. | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in this matter.

        SIMON & SIMON, P.C.

        /s/Amanda L. Nese
        Amanda L. Nese, Esquire
        Attorney for Plaintiff